# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**935**

**CA 12-00518**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, LINDLEY, AND SCONIERS, JJ.

---

ROBERT KIMBER, PLAINTIFF-APPELLANT,

V                                                                ORDER

BAILLIE LUMBER CO., DEFENDANT,
BROOKS FORESTRY AND RESEARCH MANAGEMENT
CORPORATION, DEFENDANT-RESPONDENT.

---

BRUCE R. BRYAN, SYRACUSE, FOR PLAINTIFF-APPELLANT.

SUGARMAN LAW FIRM, LLP, SYRACUSE (KEVIN R. VANDUSER OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Lewis County (Charles C. Merrell, J.), entered February 3, 2012. The order, among other things, limited plaintiff's potential damages against defendant Brooks Forestry and Research Management Corporation.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  September 28, 2012                    Frances E. Cafarell
                                               Clerk of the Court